# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jean M Persun, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 12-590-TUC-JGZ |
| | ) | |
| v. | ) | |
| | ) | |
| New Jersey Education Assoc. (NJEA) – | ) | |
| Member Benefit Fund and the Prudential | ) | |
| Insurance Company of America, | ) | |
| | | |
| Defendants. | | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 17, 2013, the Plaintiff's Opening Brief (Doc. 28) is DENIED.  The Judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

June 17, 2013

 s/S. Beckman
By: Deputy Clerk